# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| HANNAH DAVIS | CIVIL ACTION NO. 19-1330 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| SHERIFFS DEPT. DESOTO PARISH, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

In accordance with, and for the reasons set forth in, the Court's Memorandum Ruling,

**IT IS ORDERED** that Defendants' motion for summary judgment [Record Document 20] be and is hereby **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** this 26th day of April, 2022.

```
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE
```